



# CHATHAM POLICE DEPARTMENT
249 GEORGE RYDER ROAD
CHATHAM, MASSACHUSETTS  02633-2099
508-945-1213 • 508-945-2791 FAX

**MARK R. PAWLINA**
CHIEF OF POLICE

December 23, 2011

Mr. Garrett Wyatt Ling
57 Winterhome Road
West Chatham, MA 02669

Dear Mr. Ling,

I have given your application for a license to carry firearms great consideration. Based on the fact that there has been recent activity on your part that has caused me concern regarding the suitability for a firearms license to carry, I am denying your application for a license to carry (LTC) firearms, pursuant to the provisions of MGL c. 140, sec. 131, at this time. The reason for this denial is that you are deemed to be an unsuitable person with regards to this application for the following reasons:

A review of Chatham Police Department records revealed that you have been identified as a participant in several incidents, as a minor, where the consumption of alcohol by minors was involved. Further you were identified as the passenger in a vehicle being operated by a subject who admitted to using illegal drugs. At that time, you also admitted to using illegal drugs and said drugs and smoking materials were recovered from the vehicle. Because the activity was still very recent, occurring in November of 2011, I would feel more comfortable as time passes and you can demonstrate in the future that there will be no more of these types of incidents.

I would like to reevaluate your application and your suitability status in one year. Please plan on making an appointment with me in November of 2012 to discuss your suitability. At that time, I will do a complete review of your record. If your record is clean, we can then discuss submitting another application for the Class A LTC.

Your Firearms Identification Card is still in an active status. The denial of this application does **not** affect the status of your FID. You have the right to appeal this decision within 90 days to the District Court within appropriate jurisdiction. Please contact me if you have any questions concerning this matter.

Sincerely,

*Mark R. Pawlina*

Mark R. Pawlina
Chief of Police



# THE COMMONWEALTH OF MASSACHUSETTS
### EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY
#### Department of Criminal Justice Information Services

200 ARLINGTON STREET, SUITE 2200
CHELSEA, MASSACHUSETTS 02150
WWW.MASS.GOV/CHSB

**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**Mary Elizabeth Heffernan**
Secretary of
Public Safety and Security

**James F. Slater, III**
Acting Commissioner

To whom it may concern:

A computerized search has been made of the database of the Department of Criminal Justice Information Services, which is the repository for criminal records in the Commonwealth of Massachusetts, for LING, GARRETT, date-of-birth 08/17/90 and have determined that he or she has no adult criminal court appearances.

Signed under the pains and penalties of perjury this Seventeenth day of January, 2012.

_____
Criminal Justice Information Services

Suffolk, ss.
_____
County

On this 17 day of JANUARY 2012, before me, the undersigned notary public, personally appeared NORMA MARAZ (name of document signer), proved to me through satisfactory evidence of identification, which were MA LICENSE, to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of (his)(her) knowledge and belief.

Dated: 01/17/2012

_____
Notary Public

My commission expires  February 13, 2015

garrett ling FID card



2/20/2012 11:22 AM



[redacted]

| | | | |
|---|---|---|---|
| Height: | 6-01 | Weight: | 160 |
| Hair: | RED OR AUBURN | Eyes: | BLUE |
| Date of Birth: | 8/17/1990 | | |
| Place of Birth: | MASSACHUSETTS | | |

**607677**

License Hold

License Holder Signature

Issued for use of holder named hereon; non-transferable. Use or possession, except as pre by M.G.L. c. 140, §§ 122-131P is unlawful.

Licensing Authority Signature

[redacted]

[redacted]

The Commonwealth of Massachusetts
Department of Criminal Justice Information Services
Firearms Records Bureau

FTN:  FCHT000062181
LIC #: 12315053A

### Application
FOR NEW/RENEWAL OF A FIREARMS IDENTIFICATION CARD OR LICENSE TO CARRY FIREARMS OR LICENSE TO POSSES A MACHINE GUN OR ALIEN PERMIT TO POSSESS A RIFLE OR SHOTGUN OR NON-RESIDENT LICENSE TO CARRY FIREARMS
(MGL C.140, s.129B AND s.131 AND s.131H AND s.131F)



#### Please Check One

✓ New Applicant

— Renewal - Most Recent License to Carry/FID Number: _____
Issued from Which City/Town? _____ MA   Expiration Date: _____

*NOTE: If application is for first firearms identification card or license to carry firearms, a copy of the Firearms Safety Certificate or Hunter Safety Course Certificate must be attached to this application.

#### Please Check the Type of License for Which You are Applying
(Please Check Only One)

— Firearms Identification Card - Restricted (mace and pepper spray)
— Firearms Identification Card
— Class B License to Carry - Non-Large Capacity
✓ Class A License to Carry - Large Capacity
— License to Possess a Machine Gun
— Check if a Class A Gun Club License *NOTE: Only the Colonel of the State Police can issue a club license.
— Resident Alien Permit to Possess a Rifle or Shotgun
— Non-Resident Class A Large Capacity/Class B Non-Large Capacity Temp. License to Carry Firearms
— Non-Resident Class A Large Capacity Firearms Employment/Military Temp. LTC

**RECEIVED**
**SEP 16 2011**

#### Except for Signature, Print or Type all Requested Information

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| LING | GARRETT | WYATT | |

| Residential Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|
| 57 WINTERHOME RD | WEST CHATHAM | MA | 02669 | 508-237-8774 |

| Gun Club Address (If Applicable) | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|
| | | | | |

| Date of Birth | Place of Birth |
|---|---|
| 08/17/1990 | MASSACHUSETTS |

| Mother's First Name | Mother's Maiden Name | Father's First Name | Father's Last Name |
|---|---|---|---|
| GRETCHEN | MILLER | JESSE | LING |

| Height | Weight | Build | Complexion | Hair Color | Eye Color |
|---|---|---|---|---|---|
| 6' 01" | 175 lbs. | SMALL | LIGHT | RED OR AUBURN | BLUE |

| Occupation | Social Security Number (Optional) | Drivers License Number |
|---|---|---|
| ELECTRICIAN | ▬▬▬▬▬ | S42267988 |

| Employed By | Business Address |
|---|---|
| LING ELECTRIC | |

| City/Town | State | Zip | Telephone Number |
|---|---|---|---|
| | | | |

Form FA-25/26

Page - 1 of 3

Please Answer the Following Questions Completely and Accurately

1. Are you a citizen of the United States?  Y

   If naturalized give date, place and naturalization number    Date _____ Place _____ Naturalization No. _____

2. Have you ever used or been known by another name?  N

   If yes, provide name and explain: _____

3. What is your age? *You must be 21 years of age to apply for a License To Carry Firearms, 18 years of age to apply for a Firearms Identification Card, 15 years of age but less than 18 years of age with submission of a certificate of parent or guardian granting permission to apply for a Firearms Identification Card.  21

4. Have you ever been convicted of a felony?  N

5. Have you ever been convicted of the unlawful use, possession, or sale of narcotic or harmful drugs as defined in M.G.L. c. 94C sec. 1?  N

6. Have you ever been convicted of a crime punishable by incarceration by more than one (1) year?  N

7. In any state or federal jurisdiction have you ever been convicted as an adult or adjudicated a youthful offender or delinquent child for the commission of (a) a felony; (b) a misdemeanor punishable by imprisonment for more than 2 years; (c) a violent crime as defined in MGL C140 s.121; (d) a violation of any law regulating the use, possession, ownership, sale, transfer, rental, receipt or transportation of weapons or ammunition for which a term of imprisonment may be imposed; or (e) a violation of any law regulating the use, possession or sale of controlled substances as defined in section 1 of MGL 94C?  N

8. Have you ever been confined to any hospital or institution for mental illness?  N

9. Are you or have you ever been under treatment for or confinement for drug addiction or habitual drunkenness?  N

10. Have you ever appeared in any court as a defendant for any criminal offense (excluding non-criminal traffic offenses)?  N

11. Are you now under any charge(s) for any offense(s) against the law?  N

12. Are you now or have you ever been the subject of a M.G.L. C209A restraining order or involved in a domestic violence charge?  N

13. Has any License to Carry Firearms, Permit to Possess Firearms, or Firearms Identification Card issued under the laws of any state or territory ever been suspended, revoked, or denied?  N

14. Are you currently the subject of any outstanding arrest warrant in any state or federal jurisdiction?  N

**If You Answered "YES" to any of the Questions 4-14, Give Details Which Must Include Dates, Circumstances and Location**

_____

_____

_____

_____

Other than Massachusetts, in what state, territory or jurisdiction have you resided? <u>None</u>

Have you ever held a License to Carry in any other state, territory or jurisdiction?  <u>N</u>

If "YES", when, where and license number? _____  _____  _____
                                                     Date Range           Place          License No.

**List the Name and Addresses of Two References**

1. _____
   Last Name                           First Name

   _____
   Address                               City/Town              State   Zip

2. _____
   Last Name                           First Name

   _____
   Address                               City/Town              State   Zip

Reason(s) for requesting the issuance of a card or license: <u>ALL</u>

*WARNING* Any person who knowingly files an application containing false information shall be punished by a fine of not less than $500 nor more than $1,000 or by imprisonment for not less than 6 months nor more than 2 years in a house of correction or by both such fine and imprisonment (MGL c. 140, §§ 129B(6) and 131(h)).

I declare the above facts are true and complete to the best of my knowledge and belief and I understand that any false answer (s) will be just cause for denial or revocation of my license to carry firearms.

Signed under the penalties of perjury this _____ day of _____ _____
                                                      day             month         year

Signature of Applicant _X_ _[signature]_____