**EXHIBIT "2"**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARRETT W. LING ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TOWN OF CHATHAM, ) <br> CHATHAM POLICE DEPARTMENT, ) <br> MARK R. PAWLINA, CHIEF, ) <br> ) <br> Defendant. ) | C.A. NO.: 12-cv-10460-JCB |

### PLAINTIFF GARRET W. LING'S ANSWER'S TO DEFENDANT'S FIRST SET OF INTERROGATORIES

In accord with the provisions of Fed.R.Civ.P. 33, the plaintiff Garrett W. Ling ( "Plaintiff") hereby answers interrogatories propounded by defendant Town of Chatham, Chatham Police Department, Mark R. Pawlina, Chief ("Defendant") in the above-captioned matter as follows:

### GENERAL OBJECTIONS

The Plaintiff asserts the following general objections to the Defendant's interrogatories, each of which is incorporated into the individual answers which follow without necessity for reiteration or reference hereto.

1. The Plaintiff objects to the Defendant's requests to the extent that these requests may be interpreted as seeking materials protected by the attorney/client privilege and/or the work-product doctrine.

2. The Plaintiff objects to the Defendant's requests as overbroad, unduly vague, burdensome, an invasion of privacy protected by the First Amendment to the United States Constitution and not reasonably calculated to lead to the discovery of admissible evidence.

1

## INTERROGATORIES

1. State your full name, address, date of birth and social security number.

**Answer No. 1**

Garrett W. Ling, 57 Winterhome Road, West Chatham Massachusetts, .

2. State the name, address and telephone number of your place of employment and type of work:

    a. At the present time; and

    b. At the time of the alleged incident.

**Answer No. 2**

    a. Ling Electric, LLC, 57 Winterhome Road, West Chatham Massachusetts, (508) 400-2233, electrical apprentice.

    b. There was no incident other than a denial of my license to carry which gave rise to a violation of my civil rights.

3. If you have been convicted of a felony and/or a misdemeanor, describe the offense or offenses and when, if applicable, where committed, and under what name you were convicted, and when and in what city, county and state.

**Answer No. 3**

I have never been convicted of a crime.

4. Describe in detail the extent of your damage as alleged in the Petition for Judicial Review and Complaint.

**Answer No. 4**

My civil rights were violated which unlike a personal injury matter, is unquantifiable.

that you should be awarded punitive damages.

**Answer No. 18**

As set forth fully in answer to interrogatory number 14 and 16 above, which are incorporated herein, I believe that anyone acting under color of law who makes decisions based on fabricated evidence, acts in an arbitrary and capricious manner and deprives and punishes me based on the alleged sins of my father, should be subjected to substantial punitive damages for their deprivation of my liberty interests and constitutional rights

19. Please give an itemized statement of all monetary losses resulting from the allegations in your complaint, including lost wages, employment, medical bills, if any, and all other losses.

**Answer No. 19**

Aside from legal fees and a deprivation of my constitutional rights, I have spent $195.00 filing the instant action; $5.00 for a summons and $110.80 in sheriff fees; loss of value in a collectible handgun in the amount of $1000.00. I have not suffered any loss in wages, medical bills or other losses that I know of based on this matter.

20. Please describe in complete detail all of the documents and other exhibits which you intend on introducing into evidence at trial.

**Answer No. 20**

Chatham Police Department denial letter. dated December 23, 2011; Commonwealth of Massachusetts CORI report; valid Firearms Identification Card; and application for License to Carry September 16, 2011; and the documents provided the Plaintiff in the defendant's initial disclosures.

21. Please describe in complete detail your need for self defense.

**Answer No. 21**

Objection. The Plaintiff objects to this interrogatory as it is in direct contravention of the

principles this country was founded upon: the pursuit of life, liberty and the pursuit of happiness. Subject to this objection, my employment often necessitates the carrying of large sums of cash and valuable precious metals which makes me a target of criminal elements in our society. My home was broken into and two people were convicted of this crime. If Chief Pawlina has his way, my family and me could suffer the same fate as in the Cheshire, Connecticut, home invasion murders which occurred on July 23, 2007. In this case a mother and her two daughters were brutally murdered during this home invasion. If this family was armed this tragic disaster would have been averted. I do not want to suffer this same fate.

22. Please state any specific incidents for which you believe you have a need to carry a firearm for self defense.

**Answer No. 22**

See answer to interrogatory numbers 12 and 21 above which are incorporated herein.

23. Please describe in complete detail all of your proper purposes and reasons for carrying a firearm.

**Answer No. 23**

Objection. The Plaintiff objects to this interrogatory on the grounds that it is an invasion of privacy, intrudes on his fundamental right to keep and bear arms under the Second Amendment to the United States Constitution and has been held unconstitutional in sister federal courts.

24. Please describe in complete detail all of the specific circumstances and good reasons to fear injury to your person or property.

**Answer No. 24**

See answer to interrogatory numbers 12, 21 and 22 above which are incorporated herein.

25. Please set forth what distinguishes your needs for the carrying of a concealed handgun from those of the general public.

**Answer No. 25**

Nothing. The general public has the right to keep and bear arms as well as myself. This right is as fundamental as a person's right to free speech or attend religious services, along with all other enumerated rights granted under the Constitution of the United States of America.

Respectfully submitted,
Garrett W. Ling,
By his Attorney,

James P. Connors, Esq.
BBO # 653135
3291 Main Street
P.O. Box 730
Barnstable, MA 02630
(508) 744-1513

Dated: July 10, 2012

**AS TO OBJECTIONS:**

James P. Connors, Esq.

Signed under the pains and penalties of perjury this ___10TH___ day of July, 2012.

_____
Garrett W. Ling