**EXHIBIT "6"**




# CHATHAM POLICE DEPARTMENT

249 GEORGE RYDER ROAD

CHATHAM, MASSACHUSETTS   02633-2099

508-945-1213 • 508-945-2791 FAX

MARK R. PAWLINA
CHIEF OF POLICE

December 23, 2011

Mr. Garrett Wyatt Ling
57 Winterhome Road
West Chatham, MA 02669

Dear Mr. Ling,

I have given your application for a license to carry firearms great consideration. Based on the fact that there has been recent activity on your part that has caused me concern regarding the suitability for a firearms license to carry, I am denying your application for a license to carry (LTC) firearms, pursuant to the provisions of MGL c. 140, sec. 131, at this time. The reason for this denial is that you are deemed to be an unsuitable person with regards to this application for the following reasons:

A review of Chatham Police Department records revealed that you have been identified as a participant in several incidents, as a minor, where the consumption of alcohol by minors was involved. Further you were identified as the passenger in a vehicle being operated by a subject who admitted to using illegal drugs. At that time, you also admitted to using illegal drugs and said drugs and smoking materials were recovered from the vehicle. Because the activity was still very recent, occurring in November of 2011, I would feel more comfortable as time passes and you can demonstrate in the future that there will be no more of these types of incidents.

I would like to reevaluate your application and your suitability status in one year. Please plan on making an appointment with me in November of 2012 to discuss your suitability. At that time, I will do a complete review of your record. If your record is clean, we can then discuss submitting another application for the Class A LTC.

Your Firearms Identification Card is still in an active status. The denial of this application does <u>not</u> affect the status of your FID. You have the right to appeal this decision within 90 days to the District Court within appropriate jurisdiction. Please contact me if you have any questions concerning this matter.

Sincerely,

Mark R. Pawlina
Chief of Police