**EXHIBIT "9"**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GARRETT W. LING )<br>)<br>          Plaintiff, )<br>)<br>vs. )<br>)<br>TOWN OF CHATHAM, )<br>CHATHAM POLICE DEPARTMENT, )<br>MARK R. PAWLINA, CHIEF, )<br>)<br>          Defendant. )  | C.A. NO.: 12-cv-10460-JCB |

### AFFIDAVIT OF GARRETT W. LING

I, Garrett W. Ling, plaintiff in the above-captioned matter, do hereby depose and state as follows:

1. That I am the plaintiff ("Plaintiff") in this matter;

2. That I affirm all the facts asserted in my portion of the concise statement of material facts submitted as Plaintiff in this matter against the granting of summary judgment;

3. That I additionally state that on September 16, 2011 I applied to have my firearms identification card ("FID") upgraded from that status to a license to carry ("LTC");

4. That I along with Sargent Goddard sat down and filled out my upgrade application and he inputted all information into the computer;

4. That Sgt. Goddard assured me that the application should only take a few weeks because I already had on file my record and fingerprints;

5. That I do not use or abuse drugs and never have abused drugs;

6. That I do not have an alcohol problem and have never abused alcohol;

7. That I was never notified by the defendant Mark R. Pawlina of a decision to deny my LTC application within 40 days;

8. That he never indicated that he was going to deny my application when we had a meeting in late October or early November 2011;

9. That I learned of the denial by way of letter on December 23, 2011;

10. That I never refused to answer certain interrogatories except on the advice of my counsel;

11. That counsel informed me that certain new case decisions changed the legal analysis for these interrogatories and that I have since answered these questions and have fully answered these same questions at my deposition;

12. That due to my physical injuries, a handgun is the preferred weapon of choice for self defense, both inside my home and outside my home;

13. That I have been the victim of the heinous crime of home invasion, I believe my home was targeted because the general area knows that we have to keep sums of cash at home due to the sale of precious metals, and that I transport precious metals and coins during business hours and have no means of self defense without a LTC because my current license, under the law does not allow for self defense outside of my home; and

14. That as of making this affidavit, I am gainfully employed, am college graduate, have no criminal record, which includes not even have a parking ticket.

Signed under the pains and penalties of perjury, this 22nd day of April, 2013.

_____
Garrett W. Ling