# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### ORDER OF REMAND

_____Garrett W Ling_____

                    **Plaintiffs,**

            V.                          CA/CR No. **1:12-cv-10460   JCB**


_____Town of Chatham et al._____

                    **Defendants.**


      **In accordance with the order entered on 07/12/2013, the clerk shall take forthwith such steps as are necessary for the prompt remand of this case to the court from which it was removed.**

.

                                        Respectfully,

                                        **ROBERT FARRELL**
                                        ACTING CLERK, U.S.D.C.


Date: **07/12/2013**                    By: **/s/   Steve York**
                                            Deputy Clerk